

                               **U.S. Department of Justice**
                               Civil Division

---

*International Trade Field Office*   *Phone* 212-264-9230
*Commercial Litigation Branch*   *FAX*   212-264-1916
*26 Federal Plaza, Room 346*
*New York, New York 10278-0140*

BAK:xx
23-00181

                                                     May 10, 2024

The Honorable M. Miller Baker, Judge
The Honorable Mario Toscano, Clerk of the Court
United States Court of International Trade
One Federal Plaza
New York, New York 10278

        Re:    *Suprajit Controls, Div. of Suprajit USA Inc., Successor-In-Interest to Kongsberg Automotive Inc. v. United States*
                  Court No. 23-00181

Dear Judge Miller Baker and Mr. Toscano:

        We respectfully submit this letter to notify the Court that, due to a technical error, the filing made in the above-referenced case by U.S. Customs and Border Protection (CBP) on October 12, 2023, ECF No. 16, pursuant to Court of International Trade Rule (USCIT Rule) 73.1 contained documents that do not pertain to the entries and protests listed on the summons. These documents also contained confidential business proprietary information (BPI) or personal identifying information (PII) of persons other than the plaintiff in this case. CBP will replace its Rule 73.1 filing with a corrected filing that does not include these erroneous documents.

        By way of background, pursuant to USCIT Rule 73.1, CBP must file with the Court, within 90 days of the filing of the summons, documents related to the protests and entries listed on the summons. Filings made under Rule 73.1 are made under seal and are not available to the public. CBP's Automated Commercial Environment (ACE) is the agency's official system for maintaining entry and protest records. When preparing a Rule 73.1 filing, CBP personnel enter the entries and protests listed on the summons into ACE. ACE is programmed to extract the data and documents associated with those entries and protests and convert that information into a portable document format (pdf) for filing with the Court. Very recently, CBP became aware that due to a technical glitch, the ACE extraction erroneously included documents that were not associated with the protests and entries on the summons. CBP immediately began to investigate and has confirmed that the Rule 73.1 filing in this case was affected by this technical issue and contains erroneous documents. Some of these documents contain BPI or PII related to entities other than plaintiff.

  Since discovering this technical glitch, the CBP personnel who administer ACE have made identifying and correcting this technical issue a top priority, and significant progress has been made in identifying the cause of the problem and fixing the technical issue.  Until this technical issue is fully remedied, CBP will give heightened review to the ACE extractions and manually remove any documents erroneously extracted to ensure that no erroneous documents are included in future filings.

  In accordance with this notice, a corrected Rule 73.1 filing in this action will be forthcoming.

           Sincerely,

           <u>/s/ Brandon A. Kennedy</u>
           BRANDON A. KENNEDY
           Trial Attorney